# COMPOSITE EXHIBIT "6"



