# EXHIBIT "7"

March 19, 2022

Seychelles Limited, LLC
301 SW 1st Avenue, Apt 3325
Ft Lauderdale
FL 33301
USA

Dear Seychelles Limited, LLC

As you know, the charter aboard Triple Net ended abruptly when my aunts were injured due to the reckless operation of the tender. My husband and I were also injured.

From speaking with my aunts, it is clear they hold your company liable for their damages, as do we. If you have not already done so, you should notify your insurance company about these claims.

That said, I think it appropriate to refund me the money I paid for the unused days and for the APA expenses. Under the circumstances, I think you owe me this morally and legally. Please don't ask me to sign anything to get my refund because I won't.

Thanks for your anticipated cooperation.

Sincerely yours,

*Tammy Fisher*

Tammy Fisher