UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-61267-CV-WILLIAMS

SANDRA CALDWELL, *et al.*,

    Plaintiffs,

v.

SEYCHELLES LIMITED, LLC,
*et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Panayotta Augustin-Birch's Report and Recommendation (DE 41) ("***Report***") on Defendant Seychelles Limited, LLC's Motions to Dismiss (DE 15; DE 28) ("***Motions***"). In the Report, Judge Augustin-Birch recommends that the Motions be granted, and that all claims and crossclaims against Defendant Seychelles Limited, LLC and *in rem* Defendant M/Y Slip Away (Ex: Triple Net) be dismissed. (DE 41 at 1.) In the Report, Judge Augustin-Birch finds that Plaintiffs have failed "to plead factual allegations to allow the Court to reasonably infer that the charter was a time charter, which would mean Defendant Seychelles was liable for any negligence of the crew." (*Id.* at 8.) No objections were filed to the Report, and the time to object has passed.

Upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

    1.    Judge Augustin-Birch's Report (DE 41) is **AFFIRMED AND ADOPTED**.

    2.    Defendant Seychelles Limited, LLC's Motions to Dismiss (DE 15; DE 28)

      are **GRANTED**.

3. Counts I and III against Defendant Seychelles Limited, LLC in Plaintiffs' Complaint (DE 1) are **DISMISSED WITH PREJUDICE**.

4. Counts II and IV against *in rem* Defendant M/Y Slip Away (Ex: Triple Net) in Plaintiffs' Complaint (DE 1) are **DISMISSED WITHOUT PREJUDICE**.

5. Counts I and II of Defendant Tammy Fisher's crossclaims (DE 19) against Defendant Seychelles Limited, LLC are **DISMISSED WITH PREJUDICE**.

6. Plaintiffs shall file an amended complaint as to Counts II and IV against *in rem* Defendant M/Y Slip Away (Ex: Triple Net) within **FOURTEEN (14) DAYS** of the date of this Order.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 5th day of March, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE