FILED
Apr 29, 2023
Secretary of State

# ARTICLES OF DISSOLUTION

Pursuant to section 605.0707, Florida Statutes, this Florida limited liability company submits the following Articles of Dissolution:

The name of the limited liability company as currently filed with the Florida Department of State:

MAGNOLIA MARINE LLC.

The document number of the limited liability company: L20000313982

Exhibit "A"

The file date of the articles of organization: October 5, 2020

The effective date of the dissolution if not effective on the date of filing: April 29, 2023

A description of occurance that resulted in the limited liability company's dissolution:

LLC IS NOT IN USE.

The name and address of the person appointed to wind up the company's activities and affairs:

HAYDEN SMITH
501 NE 5TH TERRACE
FORT LAUDERDALE, FL  33301      US

I/we submit this document and affirm that the facts stated herein are true.  I/we am/are aware that any false information submitted in a document to the Department of State constitutes a third degree felony as provided for in section 817.155, Florida Statutes.

Signature:   HAYDEN SMITH
             _____
             Electronic Signature of authorized person