THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:23-cv-61267-KMW

SANDRA CALDWELL, and
NANCY NEWBOLD,

    Plaintiffs

v.

SEYCHELLES LIMITED, LLC, a
Florida limited liability company,
TAMMY FISHER, *in personam*, and M/Y
*SLIP AWAY* (EX: *TRIPLE NET*), a 2000
model, 92-foot Monte Fino Motor Yacht,
bearing Hull Identification
Number MFY92615K001 and U.S. Coast Guard
Official Number 1219930, its engines, tackle,
furniture, furnishings, personal watercraft, and
appurtenances, which includes a 2003 model 26-
foot Regulator Marine tender, *in rem*,

    Defendants.

_____/

## MEDIATION REPORT

    MICHAEL P. ESSINGTON, ESQUIRE, the undersigned Certified Mediator reports to this Honorable Court as follows:

A.    Mediation was held on August 29, 2024 at 2:00 p.m.

        *X*    An agreement was reached with all parties.

        ☐    No agreement was reached, impasse declared.

        ☐    The parties wish to adjourn the mediation.

B.    All counsel and parties participated.

## CERTIFICATE OF SERVICE

THE UNDERSIGNED MEDIATOR HEREBY CERTIFIES that on this 29th Day of Augus, 2024, I electronically filed with the Clerk of this Court using CM/ECF this Mediation

Report and also to all counsel of record on the attached Service List in the manner specified pursuant to CM/ECF Administrative Procedure.

   /s/   *Michael P. Essington*
MICHAEL P. ESSINGTON, ESQ.
Florida Bar No.: 019127
Michael P. Essington, P.A.
1221 Brickell Avenue, Suite 2400
Miami, Florida 33131
(T)305-347-5678
(F)305-347-5676
(C)305-282-1783
michael.essington@yahoo.com

## Service List

| | |
|---|---|
| James Weller Stroup<br>Farris James Martin , III<br>Stroup & Martin<br>119 SE 12th Street<br>Fort Lauderdale, FL 33316-1813<br>jstroup@strouplaw.com<br>fmartin@strouplaw.com<br><br>Trelvis D. Randolph, Esq<br>James J. McNally, Esq.<br>Quintairos, Prieto, Wood & Boyer, P.A.<br>9300 South Dadeland Boulevard, 4th Floor<br>Miami, Florida 33156<br>trelvis.randolph@qpwblaw.com<br>trandolph.pleadings@qpwblaw.com<br>nicole.vasquez@qpwblaw.com<br>jmcnally@qpwblaw.com<br>jjaume@qpwblaw.com | Gino J. Butto, Jr., Esq.<br>Famulari & Butto, PLLC<br>2332 Galiano Street, 2nd Floor<br>Coral Gables, Florida 33134<br>gbutto@NauticalLawyers.com<br><br>David Irwin, Esq.<br>Irwin Law Firm<br>205 SW 12th Street<br>Fort Lauderdale, Florida 33315-1518<br>david@irwinlegal.com<br><br>Michael T. Moore, Esq.<br>Moore & Company, P.A.<br>255 Aragon Avenue, 3rd Floor<br>Coral Gables, Florida 33134<br>michael@moore-and-co.com |